UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22285-CIV-COOKE/WHITE

RODNEY H. HOLMES, JR.,

   *Petitioner*,

v.

DEPARTMENT OF CORRECTIONS,

   *Respondent*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on the Petition for Writ of Habeas Corpus [D.E. 1]. Judge White issued a Report and Recommendation [D.E. 19], recommending that this case be dismissed as untimely pursuant to 28 U.S.C. § 2244(d)(1)-(2). As the movant did not file any objections to the Report and Recommendation, it is **ORDERED AND ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED AND ADOPTED** as follows:

   1.    This case is **DISMISSED**.

   2.    This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of August 2009.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

The Honorable Patrick A. White

All counsel of record

Rodney H. Holmes, Jr., *pro se*
DC # 198316
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955